Robert L. Richmond (7011069)
Kenneth M. Gutsch (8811186)
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 276-5727
FAX: (907) 276-2953
brichmond@richmondquinn.com
kgutsch@richmondquinn.com

RECEIVED
JUN 0 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ABRAHAM ALEXIE, MARGARET ALEXIE individually and as parent and next friend of T.A., a minor child and BRENDA PITKA individually and as parent and next friend of R.P., a minor child,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HAGELAND AVIATION,<br><br>　　　　　　　　　　Defendant. | Case No. 4:07-cv-00031 RRB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiffs and defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of all claims in the above-captioned case with prejudice, each side to bear its own costs and attorneys' fees.

RICHMOND & QUINN
Attorneys for Defendant
Hageland Aviation Services, Inc.

DATED: 5-13-08       By: _____
                          Kenneth M. Gutsch
                          Alaska Bar No. 8811186

HENDERSON LAW OFFICE
Attorney for plaintiffs Abraham
Alexie, Margaret Alexie, T.A., a
minor, Brenda Alexie, and R.P.,
a minor

DATED: 5/22/08       By: _____
                          David Henderson
                          Alaska Bar No. 9806014

1059.063\Pld\STIPULATION-Dismiss

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
Alexie, et al. v. Hageland, Case No. 4:07-cv-00031 RRB
PAGE 2